```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNICREDITO ITALIANO SPA and BANK    :
POLSKA KASA OPIEKI SA,              :
                                    :   02 Civ. 5328 (JSR)
            Plaintiffs,             :
                                    :
       -v-                          :
                                    :
J.P. MORGAN CHASE BANK et al.,      :
                                    :
            Defendants.             :
------------------------------------:
DK ACQUISITION PARTNERS L.P. et al.,:
                                    :
            Plaintiffs,             :   08 Civ. 0446 (JSR)
                                    :
       -v-                          :
                                    :
J.P. MORGAN CHASE & CO. et al.,     :
                                    :
            Defendants.             :
------------------------------------:
AVENUE CAPITAL MANAGEMENT II.,      :
L.L.P. et al.,                      :
                                    :
                                    :   08 Civ. 0447 (JSR)
            Plaintiffs,             :
                                    :
       -v-                          :
                                    :
J.P. MORGAN CHASE & CO. et al.,     :
                                    :
            Defendants.             :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08

JED S. RAKOFF, U.S.D.J.

Effective immediately, <u>Unicredito Italiano SPA and Bank Polska Kasa Opieki SA et al. v. J.P. Morgan Chase Bank et al.</u>, 02 Civ. 5328, has been reassigned from Judge Swain to the undersigned, and <u>DK Acquisition Partners L.P. et al. v. J.P. Morgan Chase & Co. et al.</u>, 08 Civ. 0446, and <u>Avenue Capital Management II, L.L.P. et al. v. J.P. Morgan Chase & Co. et al.</u>, 08 Civ. 0447, have been assigned to this Court as well. Accordingly, the Court hereby convenes an in-

court conference at the United States Courthouse, 500 Pearl Street, New York, N.Y. in Courtroom 14-B at 2 p.m. on Friday, February 8, 2008. Counsel in all three matters should be prepared to discuss all aspects of scheduling, including, in <u>Unicredito Italiano SPA and Bank Polska Kasa Opieki SA et al. v. J.P. Morgan Chase Bank et al.</u>, 02 Civ. 5328, the setting of a prompt trial date.

    SO ORDERED.

                                                             JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 4, 2008