# BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO OFFICE

COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60610
TELEPHONE: (312) 494-4400
FACSIMILE: (312) 494-4440

DENVER OFFICE

1899 WYNKOOP STREET
8TH FLOOR
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE: (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4425
jb.heaton@bartlit-beck.com

April 2, 2008



**By Federal Express**

Honorable Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re:   *DK Acquisition Partners, L.P., et al. v. JP Morgan Chase & Co., et al.*
      Civil Action No. 08-CV-00446-LTS

Dear Judge Swain:

Please remove from the CM/ECF notification system the following attorneys who are no longer associated with the above-captioned action:

**Bartlit Beck Herman Palenchar & Scott LLP:**

Denver Office:
- Jennifer E. Heisinger
- Lester C. Houtz
- Eric R. Olson
- Glen E. Summers
- Alison G. Wheeler

Chicago Office:
- Steven E. Derringer
- Carolyn Frantz
- Allison Freedman
    (aka Allison W. Freedman)
- Sean W. Gallagher
- Christopher Landgraff
- John Scott McBride
- Michael L. Merriman

**Porter & Hedges, L.L.P.:**
- Jeffrey R. Elkin

Thank you for your assistance in this regard. Please do not hesitate to contact me if you have any questions.

Sincerely,

James B. Heaton, III

*The Clerk of Court is respectfully requested to make the foregoing emendations to the Court's records.*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
4/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 4 2008

JBH/pg