```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DK ACQUISITION PARTNERS, L. P.,                    :
KENSINGTON INTERNATIONAL LIMITED,                  :
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE             :
CAPITAL-II, L. L. C., and SPRINGFIELD              :
ASSOCIATES, LLC,                                   :
                                                   :
                        Plaintiffs,                :     08 Civ. 0446 (LTS)
                                                   :
           - against -                             :     STIPULATION
                                                   :
                                                   :
J. P. MORGAN CHASE & CO., JPMORGAN CHASE           :
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP      :
INC., CITIBANK, N.A., and CITIGROUP GLOBAL         :
MARKETS, INC. f/k/a Salomon Smith Barney,          :
                                                   :
                        Defendants.                :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: APR 0 4 2008]

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs DK Acquisition Partners, L. P., Kensington International Limited, Rushmore Capital-I, L. L. C., Rushmore Capital-II, L. L. C., and Springfield Associates, LLC (collectively, the "Plaintiffs") and defendants J.P. Morgan Chase & Co., JPMorgan Chase Bank, J.P. Morgan Securities Inc., Citigroup Inc., Citibank, N.A. and Citigroup Global Markets, Inc. f/k/a Salomon Smith Barney (collectively, the "Defendants"), pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, that (i) Defendants consent to the filing of Plaintiffs' Second Amended Complaint dated March 25, 2008; (ii) Plaintiffs and Defendants will not argue that the filing of the Second Amended Complaint renders moot Plaintiffs' Motion for Partial Summary Judgment (*DK Acquisition* Docket Number 153), Defendants' Motion for Judgment on the Pleadings (*DK Acquisition* Docket Number 220), or Defendants' Motion for Summary Judgment (*DK*

*Acquisition* Docket Number 237) (collectively, the "Pending Motions"), requires any re-briefing in connection therewith, or otherwise affects the Pending Motions; (iii) Defendants shall have 30 days from the date of the filing of the Second Amended Complaint to respond to the Second Amended Complaint; and (iv) facsimile signatures shall be deemed to be original signatures for the purpose of this stipulation, which may be executed in counterparts.

Dated: March 26, 2008

          KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.

By: _____
           David Parker

551 Fifth Avenue, 18th Floor
New York, New York 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866

      - and -

Philip S. Beck
James B. Heaton, III
Cindy L. Sobel
**BARTLIT BECK HERMAN**
  **PALENCHAR & SCOTT LLP**
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Attorneys for Plaintiffs
    DK ACQUISITION PARTNERS, L. P.,
    KENSINGTON INTERNATIONAL
    LIMITED, RUSHMORE CAPITAL-I, L. L.
    C., RUSHMORE CAPITAL-II, L. L. C.,
    AND SPRINGFIELD ASSOCIATES, LLC

SIMPSON THACHER & BARTLETT LLP

By: _____
         David Woll

425 Lexington Avenue
New York, NY 10017
Telephone:   212-455-2000
Facsimile:   212-455-2502

Attorneys for Defendants
  J.P. MORGAN CHASE & CO.,
  JPMORGAN CHASE BANK, J.P.
  MORGAN SECURITIES INC.


PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP



By: _____
         Michael Gertzman

1285 Avenue of the Americas
New York, NY 10019
212-373-2384
Fax: 212-373-2384

Attorneys for
  CITIGROUP INC., CITIBANK, N.A. AND
  CITIGROUP GLOBAL MARKETS, INC. F/K/A
  SALOMON SMITH BARNEY



ENTER:



_____
Judge Laura Taylor Swain


MROSEN\130777.1 - 3/20/08

SIMPSON THACHER & BARTLETT LLP


By: _____
       David Woll

425 Lexington Avenue
New York, NY 10017
Telephone:   212-455-2000
Facsimile:   212-455-2502

Attorneys for Defendants
   J.P. MORGAN CHASE & CO.,
   JPMORGAN CHASE BANK, J.P.
   MORGAN SECURITIES INC.


PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP


By: _____Michael Gertzman_____ /HSN
          Michael Gertzman

1285 Avenue of the Americas
New York, NY 10019
212-373-2384
Fax: 212-373-2384

Attorneys for
   CITIGROUP INC., CITIBANK, N.A. AND
   CITIGROUP GLOBAL MARKETS, INC. F/K/A
   SALOMON SMITH BARNEY


ENTER:

_____ 4/4/08
Judge Laura Taylor Swain


MROSEN\130777.1 - 3/20/08