UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DK ACQUISITION PARTNERS, L. P.,           :
KENSINGTON INTERNATIONAL LIMITED,         :
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE    :
CAPITAL-II, L. L. C., and SPRINGFIELD     :    08 Civ. 0446 (LTS)
ASSOCIATES, LLC,                          :
                                          :    **MOTION TO ADMIT**
                      Plaintiffs,         :    **COUNSEL PRO HAC VICE**
                                          :
       - against -                        :
                                          :
J. P. MORGAN CHASE & CO., JPMORGAN CHASE  :
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP :
INC., CITIBANK, N.A., and CITIGROUP GLOBAL :
MARKETS, INC. f/k/a Salomon Smith Barney, :
                                          :
                      Defendants.         :
                                          :
------------------------------------------------------------ x

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Katherin G. Minarik, whose contact information is below:

     Katherine G. Minarik
     BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
     Couthouse Place
     54 West Hubbard Street, Suite 300
     Chicago, Illinois 60610
     Telephone: (312) 494-4400
     Facsimile: (312) 494-4440

Katherine G. Minarik is a member in good standing of the bar of the State of Illinois. There are no pending disciplinary proceedings against Ms. Minarik in any state or federal court.

Dated: April 11, 2008

>Respectfully submitted,
>
>**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**
>
>By: _/s/ Marc Rosen_
>Marc R. Rosen
>
>551 Fifth Avenue
>New York, NY 10176
>Tel: (212) 986-6000
>Fax: (212) 986-8866
>
>Attorneys for Plaintiffs **DK ACQUISITION PARTNERS, L. P., KENSINGTON INTERNATIONAL LIMITED, RUSHMORE CAPITAL-I, L. L. C., RUSHMORE CAPITAL-II, L. L. C., and SPRINGFIELD ASSOCIATES, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DK ACQUISITION PARTNERS, L. P.,  :
KENSINGTON INTERNATIONAL LIMITED, :
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE :
CAPITAL-II, L. L. C., and SPRINGFIELD : 08 Civ. 0446 (LTS)
ASSOCIATES, LLC, :
 :
 : **AFFIDAVIT IN SUPPORT**
Plaintiffs, : **OF MOTION TO ADMIT**
 : <u>**COUNSEL PRO HAC VICE**</u>
- against - :
 :
 :
J. P. MORGAN CHASE & CO., JPMORGAN CHASE :
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP :
INC., CITIBANK, N.A., and CITIGROUP GLOBAL :
MARKETS, INC. f/k/a Salomon Smith Barney, :
 :
Defendants. :
 :
------------------------------------- x

**MARC R. ROSEN**, being duly sworn, hereby deposes and says as follows:

1.   I am associated with Kleinberg, Kaplan, Wolff & Cohen, P.C., counsel for plaintiffs DK Acquisition Partners, L. P., Kensington International Limited, Rushmore Capital-I, L. L. C., Rushmore Capital-II, L. L. C., and Springfield Associates, LLC (collectively, the "Plaintiffs"), in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Katherine G. Minarik as counsel pro hac vice to represent Plaintiffs in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Ms. Minarik since January 2008.  Ms. Minarik is an associate at Bartlit Beck Herman Palenchar & Scott LLP.  A certificate reflecting the good standing of Ms. Minarik in the State of Illinois is annexed hereto as Exhibit A.

4.    I have found Ms. Minarik to be a skilled attorney and person of integrity.  She is familiar with federal practice and the Federal Rules of Procedure.

5.    Accordingly, I am pleased to move for the admission pro hac vice of Katherine G. Minarik.

6.    I respectfully submit a proposed order granting the admission pro hac vice of Katherine G. Minarik, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit pro hac vice Katherine G. Minarik to represent Plaintiffs in the above-captioned matter be granted.

_____
Marc R. Rosen

Sworn to before me this
11th day of April 2008
_____
Notary Public

LINDA CLASSI
Notary Public, State of New York
No. 01CL4931748
Qualified in Nassau County
Commission Expires May 31, 2010

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Katherine Greenberg Minarik
Bartlit Beck Herman Palenchar & Scott, LLP
54 Hubbard Street
Chicago, IL 60610

Chicago
Monday, March 31, 2008

In re: Katherine Greenberg Minarik
Admitted: 5/1/2007
Attorney No. 6291188

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DK ACQUISITION PARTNERS, L. P.,                          :
KENSINGTON INTERNATIONAL LIMITED,            :
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE      :
CAPITAL-II, L. L. C., and SPRINGFIELD              :     08 Civ. 0446 (LTS)
ASSOCIATES, LLC,                                                    :
                                                                                     :     **ORDER FOR ADMISSION**
                                           Plaintiffs,                     :     **PRO HAC VICE**
                                                                                     :     <u>**ON WRITTEN MOTION**</u>
            - against -                                                     :
                                                                                     :
J. P. MORGAN CHASE & CO., JPMORGAN CHASE  :
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP :
INC., CITIBANK, N.A., and CITIGROUP GLOBAL    :
MARKETS, INC. f/k/a Salomon Smith Barney,          :
                                                                                     :
                                           Defendants.                 :
                                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the motion of Kleinberg, Kaplan, Wolff & Cohen, P.C., attorneys for plaintiffs DK Acquisition Partners, L. P., Kensington International Limited, Rushmore Capital-I, L. L. C., Rushmore Capital-II, L. L. C., and Springfield Associates, LLC (collectively, the "Plaintiffs"), and Marc R. Rosen's affidavit in support;

**IT IS HEREBY ORDERED** that Katherine G. Minarik:

> Katherine G. Minarik
> BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
> Couthouse Place
> 54 West Hubbard Street, Suite 300
> Chicago, Illinois 60610
> Telephone: (312) 494-4400
> Facsimile: (312) 494-4440

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing

MROSEN\130022.1 - 4/11/08

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

                                              _____
                                              Honorable Laura T. Swain
                                              United States District Judge
                                              Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DK ACQUISITION PARTNERS, L. P., :
KENSINGTON INTERNATIONAL LIMITED, :
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE :
CAPITAL-II, L. L. C., and SPRINGFIELD :
ASSOCIATES, LLC, :
 :
            Plaintiffs,  :  08 Civ. 0446 (LTS)
 :
      - against -   :  **CERTIFICATE
 :  OF SERVICE**
 :
J. P. MORGAN CHASE & CO., JPMORGAN CHASE :
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP :
INC., CITIBANK, N.A., and CITIGROUP GLOBAL :
MARKETS, INC. f/k/a Salomon Smith Barney, :
 :
            Defendants.  :
 :
------------------------------------x

I, MARC R. ROSEN, counsel for plaintiffs, hereby certify that, on April 11, 2008, true copies of the Motion To Admit Counsel Pro Hac Vice dated April 11, 2008, the Affidavit by Marc R. Rosen in Support of Motion To Admit Counsel Pro Hac Vice sworn to on April 11, 2008, and the attached exhibits including the certificate of good standing and the proposed order – all relating to Katherine G. Minarik – were served upon David Woll, **SIMPSON THACHER & BARTLETT LLP**, Attorneys for Defendants **J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, and J.P. MORGAN SECURITIES INC.**, 425 Lexington Avenue New York, NY 10017, and upon Michael Gertzman, **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**, Attorneys for **CITIGROUP INC., CITIBANK, N.A. and**

MROSEN\131636.1 - 4/11/08

CITIGROUP GLOBAL MARKETS, INC. F/K/A SALOMON SMITH BARNEY, 1285 Avenue of the Americas New York, NY 10019, by United States first-class mail delivery.

                                                  */s/ Marc Rosen*
                                          Marc R. Rosen (MR-9844)