UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DK ACQUISITION PARTNERS, L. P.,
KENSINGTON INTERNATIONAL LIMITED,
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE
CAPITAL-II, L. L. C., and SPRINGFIELD
ASSOCIATES, LLC,

                Plaintiffs,

- against -

J. P. MORGAN CHASE & CO., JPMORGAN CHASE
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP
INC., CITIBANK, N.A., and CITIGROUP GLOBAL
MARKETS, INC. f/k/a Salomon Smith Barney,

                Defendants.

------------------------------------- x

08 Civ. 0446 (LTS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**



    Upon the motion of Kleinberg, Kaplan, Wolff & Cohen, P.C., attorneys for plaintiffs DK Acquisition Partners, L. P., Kensington International Limited, Rushmore Capital-I, L. L. C., Rushmore Capital-II, L. L. C., and Springfield Associates, LLC (collectively, the "Plaintiffs"), and David Parker's affidavit in support;

    **IT IS HEREBY ORDERED** that James B. Heaton, III, Cindy L. Sobel, and Joseph C. Smith:

        James B. Heaton, III
        Cindy L. Sobel
        BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
        Couthouse Place
        54 West Hubbard Street, Suite 300
        Chicago, Illinois 60610
        Telephone: (312) 494-4400
        Facsimile: (312) 494-4440

MROSEN\129968.1 - 4/11/08

Joseph C. Smith
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

are each admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/18/08

_____
Honorable Laura T. Swain
United States District Judge
Southern District of New York