

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DK ACQUISITION PARTNERS, L. P.,
KENSINGTON INTERNATIONAL LIMITED,
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE
CAPITAL-II, L. L. C., and SPRINGFIELD
ASSOCIATES, LLC,

              Plaintiffs,

- against -

J. P. MORGAN CHASE & CO., JPMORGAN CHASE
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP
INC., CITIBANK, N.A., and CITIGROUP GLOBAL
MARKETS, INC. f/k/a Salomon Smith Barney,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 0446 (LTS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Kleinberg, Kaplan, Wolff & Cohen, P.C., attorneys for plaintiffs DK Acquisition Partners, L. P., Kensington International Limited, Rushmore Capital-I, L. L. C., Rushmore Capital-II, L. L. C., and Springfield Associates, LLC (collectively, the "Plaintiffs"), and Marc R. Rosen's affidavit in support;

**IT IS HEREBY ORDERED** that Katherine G. Minarik:

    Katherine G. Minarik
    BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
    Couthouse Place
    54 West Hubbard Street, Suite 300
    Chicago, Illinois 60610
    Telephone: (312) 494-4400
    Facsimile: (312) 494-4440

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing

MROSEN\130022.1 - 4/11/08

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/18/08

 _____
 Honorable Laura T. Swain
 United States District Judge
 Southern District of New York