UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DK ACQUISITION PARTNERS, L. P.,
KENSINGTON INTERNATIONAL LIMITED,
RUSHMORE CAPITAL-I, L. L. C., RUSHMORE
CAPITAL-II, L. L. C., and SPRINGFIELD
ASSOCIATES, LLC,

                              Plaintiffs,                    08 Civ. 0446 (LTS)

         - against -                                         **CERTIFICATE**
                                                           **OF SERVICE**

J. P. MORGAN CHASE & CO., JPMORGAN CHASE
BANK, J. P. MORGAN SECURITIES INC., CITIGROUP
INC., CITIBANK, N.A., and CITIGROUP GLOBAL
MARKETS, INC. f/k/a Salomon Smith Barney,

                              Defendants.
------------------------------------- x

      I, **MARC R. ROSEN**, counsel for plaintiffs, hereby certify that, on May 21, 2008, true copies of Plaintiffs' Reply to Counterclaim of Defendant JPMorgan Chase Bank dated May 21, 2008, and Plaintiffs' Reply to Counterclaim of Defendant Citibank, N.A. dated May 21, 2008, were served upon David Woll, **SIMPSON THACHER & BARTLETT LLP**, Attorneys for Defendants **J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, and J.P. MORGAN SECURITIES INC.**, 425 Lexington Avenue New York, NY 10017 <dwoll@stblaw.com>, and upon Michael Gertzman, **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**, Attorneys for **CITIGROUP INC., CITIBANK, N.A. and**

MROSEN\133054.1 - 5/21/08

CITIGROUP GLOBAL MARKETS, INC. F/K/A SALOMON SMITH BARNEY, 1285 Avenue of the Americas New York, NY 10019 <mgertzman@paulweiss.com>, by email and United States first-class mail delivery.

Dated: May 21, 2008

                                                                 */s/ Marc Rosen*
                                                            Marc R. Rosen (MR-9844)