**Notices**

1:02-cv-05328-LTS-JCF Unicredito Italiano, et al v. J.P. Morgan Chase, et al
REOPEN

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Rice, Thomas on 6/5/2008 at 9:58 AM EDT and filed on 6/5/2008
**Case Name:**　　Unicredito Italiano, et al v. J.P. Morgan Chase, et al
**Case Number:**　　1:02-cv-5328
**Filer:**　　J.P. Morgan Securities, Inc.
　　J.P. Morgan Securities Inc.
　　JP Morgan Chase Bank
　　J.P. Morgan Chase, Inc.

**Document Number:** 78

**Docket Text:**
**NOTICE OF APPEARANCE by Thomas C. Rice on behalf of J.P. Morgan Chase, Inc., JP Morgan Chase Bank, J.P. Morgan Securities Inc., J.P. Morgan Securities, Inc. (Rice, Thomas)**


**1:02-cv-5328 Notice has been electronically mailed to:**

Brad Scott Karp　　bkarp@paulweiss.com

Charles G. Berry　　charles_berry@aporter.com, anthony_boccanfuso@aporter.com

David W. Woll　　dwoll@stblaw.com, managingclerk@stblaw.com

James W. Bowen　　jbowen@jenkens.com

Thomas C. Rice　　trice@stblaw.com, managingclerk@stblaw.com

**1:02-cv-5328 Notice has been delivered by other means to:**

Bank Pekao SA


Jacalyn D. Scott

Wilshire Scott et al
1221 McKinney
Ste 3000
Houston, TX 77010-2011

Richard Warren Mithoff
Mithoff Law Firm
One Allen Ctr Penthouse
500 Dallas St
Ste 3450
Houston, TX 77002

Robert Allen Goodman
Arnold & Porter
399 Park Avenue
New York, NY 10022

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/5/2008] [FileNumber=4662299-0]
[a4a533c1ad8f897eb580445643e70105e511c58b6fa85f0bca6fe4bfb03216c47d15
a2a6e882bf9abf20682afa63eb7f3d83e88fc15db6e2db93992fc1843cb8]]