**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- X <br> UNICREDITO ITALIANO SPA and BANK <br> POLSKA KASA OPIEKI SA <br> <br> Plaintiffs, <br> <br> v. <br> <br> JPMORGAN CHASE BANK, J.P. MORGAN <br> CHASE & CO., J.P. MORGAN SECURITIES, <br> INC., CITIBANK, N.A., CITIGROUP, INC. and <br> CITIGROUP GLOBAL MARKETS INC. <br> (FORMERLY SALOMON SMITH BARNEY <br> INC.) <br> <br> Defendants. <br> ------------------------------------------------------------- X | Civil Action No. 02 Civ. 5328 (LTS) |
| DK ACQUISITION PARTNERS, L.P., <br> KENSINGTON INTERNATIONAL LIMITED, <br> RUSHMORE CAPITAL-I, L.L.C., RUSHMORE <br> CAPITAL-II, L.L.C., and SPRINGFIELD <br> ASSOCIATES, LLC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> JPMORGAN CHASE & CO., JPMORGAN <br> CHASE BANK, J.P. MORGAN SECURITIES, <br> INC., CITIGROUP INC., CITIBANK, N.A. and <br> CITIGROUP GLOBAL MARKETS, INC. f/k/a <br> Salomon Smith Barney, <br> <br> Defendants. <br> ------------------------------------------------------------- X | Civil Action No. 08 Civ. 0446 (LTS) |

[Caption continued on following page]

```
------------------------------------------------------------ X
AVENUE CAPITAL MANAGEMENT II, L.P.,            :
GRACIE CAPITAL, L.P., HALCYON FUND,
L.P., KING STREET CAPITAL, L.P.,               :
LONGACRE MASTER FUND, LTD., MAN MAC            :
3 LIMITED, ORE HILL FUND HUB LTD.,
MARATHON SPECIAL OPPORTUNITY                   :
MASTER FUND, LTD., RCG CARPATHIA               :
MASTER FUND, LTD., REDWOOD MASTER
FUND, LTD., SCOGGIN CAPITAL                    :
MANAGEMENT, L.P. II, SCOGGIN
INTERNATIONAL FUND, LTD., SCOTTWOOD            :
CAPITAL MANAGEMENT, LLC, SPCP GROUP,           :
LLC, STRATEGIC VALUE CREDIT                    :   Civil Action No. 08 Civ. 0447 (LTS)
OPPORTUNITIES MASTER FUND, L.P.,
STRATEGIC VALUE MASTER FUND, LTD.,             :
and TRILOGY CAPITAL, LLC,
                                               :
                            Plaintiffs,        :
                                               :
             v.                                :
                                               :
JPMORGAN CHASE & CO., JPMORGAN                 :
CHASE BANK, J.P. MORGAN SECURITIES,
INC., CITIGROUP INC., CITIBANK, N.A., and      :
CITIGROUP GLOBAL MARKETS, INC. f/k/a
Salomon Smith Barney,                          :
                                               :
                            Defendants.        :
------------------------------------------------------------ X
```

**PLEASE TAKE NOTICE** that Thomas C. Rice, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc. in these actions and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for these proceedings:

Thomas C. Rice, Esq. (trice@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954

2

        (212) 455-2000 (Telephone)
        (212) 455-2502 (Facsimile)

Dated: New York, New York
       June 5, 2008

                        SIMPSON THACHER & BARTLETT LLP

                        By: /s/ Thomas C. Rice

                        Thomas C. Rice
                        425 Lexington Avenue
                        New York, New York 10017-3954
                        Telephone: (212) 455-2000
                        Facsimile: (212) 455-2502

                        *Attorney for Defendants*